IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Balmontes,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joe Arpaio,<br><br>　　　　Defendant. | No. CV05-1226-PHX-SRB<br><br>**ORDER** |

　　　　Plaintiff, Armando Balmontes, filed his Civil Rights Complaint on April 22, 2005. Respondent filed his answer on July 25, 2005. No reply was filed. On August 11, 2005 the Court issued its Scheduling and Discovery Order and mailed a copy to Petitioner on the same date. On August 18, 2005 Plaintiff's copy of the August 11, 2005 order was returned by the post-office with the notation "Released No Longer in Custody." On August 30, 2005, the Court issued an Order to Show Cause ordering Plaintiff to (1) show cause why his action should not be dismissed or (2) notify the Court in writing of his current address. This order was also returned by the post-office with the notation "Released No Longer in Custody." On September 27, 2005, Respondent filed a Motion to Dismiss. On September 28, 2005, the Court issued an order setting out the briefing schedule for Respondent's Motion to Dismiss. Again, the order was returned by the post-office with the notation "Released No Longer in Custody."

1       The Magistrate Judge filed his Report and Recommendation on October 6, 2005, recommending that Plaintiff's case be dismissed without prejudice for failure to comply with Court orders. The Court notes that the Plaintiff's copy of the Report and Recommendation has been returned by the post-office with the notation "Inmate No Longer in Custody." The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

      IT IS FURTHER ORDERED dismissing this case for Plaintiff's failure to comply with Court orders.

      DATED this 24th day of October, 2005.

_____
Susan R. Bolton
United States District Judge

- 2 -